**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 12-7891**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ERIC DARNELL REESE,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. J. Frederick Motz, Senior District
Judge. (8:01-cr-00135-JFM-1; 1:12-cv-02484-JFM)

———————————

Submitted: September 17, 2013    Decided: September 25, 2013

———————————

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Eric Darnell Reese, Appellant Pro Se. Sujit Raman, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Darnell Reese seeks to appeal the district court's order dismissing as unauthorized his successive 28 U.S.C.A. § 2255 (West Supp. 2013) motion. The district court's dismissal order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484–85.

We have independently reviewed the record and conclude that Reese has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED